

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:MD
F. #2020R00093

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2020

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: In re Search Warrant
       Docket No. 20-MJ-124

Dear Judge Scanlon:

    The government respectfully moves for an order unsealing the search warrant and supporting affidavit in the above-captioned matter. The materials were previously ordered sealed to avoid disclosure of a government investigation. The target of that investigation has now been indicted and, accordingly, there is no longer a reason for the materials to remain sealed.

              Respectfully submitted,

              SETH D. DuCHARME
              Acting United States Attorney

       By:   /s/
           Marietou Diouf
           Assistant U.S. Attorney
           (718) 254-6263

Enclosure

WK:MD
F. #2020R00093

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

In re Search Warrant

UNSEALING O R D E R

Docket No. 20-MJ-124

- - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Marietou Diouf, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREAS, the search warrant and supporting affidavit in the above-captioned matter were previously ordered sealed to avoid disclosure of a government investigation;

WHEREAS, the target of the investigation has now been indicted and there is no longer a need for the materials to remain sealed;

IT IS HEREBY ORDERED that the warrant and supporting affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
         10/20     , 2020

*Vera M. Scanlon*
───────────────────────────────
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK